**Apollos PIERRE, Plaintiff–Appellant,**

v.

**SUMMIT SECURITY SERVICES, INC., Defendant–Appellee.**

**No. 09–4185–cv.**

United States Court of Appeals, Second Circuit.

Aug. 31, 2010.

Apollos Pierre, pro se, New York, NY.

Alan M. Sclar and Ryan L. Wright, Silverman Sclar Shin & Byrne PLLC, New York, NY, for Defendant–Appellee.

PRESENT: ROGER J. MINER, JOSÉ A. CABRANES, CHESTER J. STRAUB, Circuit Judges.

## SUMMARY ORDER

Plaintiff–Appellant Apollos Pierre, proceeding *pro se,* appeals the District Court's grant of summary judgment in favor of defendant-appellee Summit Security Services, Inc. on Pierre's discrimination and retaliation claims pursuant to Title VII of the Civil Rights Act of 1964. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review a district court's grant of summary judgment *de novo,* construing the evidence in the light most favorable to the non-moving party. *See Miller v. Wolpoff & Abramson, L.L.P.,* 321 F.3d 292, 300 (2d Cir.2003) (citation omitted). In doing so, we determine whether the district court properly concluded that there were no genuine issues of material fact and that the moving party was entitled to judgment as a matter of law. *Id.*

Upon independent review of the record, we conclude, for substantially the reasons stated by the District Court in its thorough and well-reasoned opinion of August 14, 2009, that the District Court properly granted summary judgment in favor of Defendant–Appellee. *See Pierre v. Summit Sec. Servs.,* No. 07–cv–02688, 2009 WL 2499740 (S.D.N.Y. Aug. 14, 2009).

We have considered all of Appellant's arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the District Court.